| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 40 |
| STEVE LARSON-JACKSON | * | September Term, 2025 |

ORDER

In its petition for disciplinary or remedial action, the Attorney Grievance Commission alleges that Respondent, Steve Larson-Jackson, was temporarily suspended from the practice of law in the District of Columbia pending final disposition of the disciplinary proceedings in that court. The Court required Respondent to show cause why he should not be immediately suspended from the practice of law pending a final disposition by the District of Columbia Court of Appeals.

Upon consideration of the petition for disciplinary or remedial action and the request for immediate suspension and upon consideration of Respondent's response to the Court's order to show cause, it is this 26th day of May 2026, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d), Respondent, Steve Larson-Jackson, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice